**Fill in this information to identify the case:**

Debtor name  **S Chase Limited Partnership**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **18-31017-H1-11**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:   Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................   $   **9,850,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   **1,304,604.02**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................   $   **11,154,604.02**

---

**Part 2:   Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **12,391,525.79**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **1,144.52**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **2,496,530.80**

4.   Total liabilities ..................................................................................................
   Lines 2 + 3a + 3b                                                                         $   **14,889,201.11**

**Fill in this information to identify the case:**

Debtor name  **S Chase Limited Partnership**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31017-H1-11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Funds held by Midland Loan Services (includes funds for co-debtor W Point Limited Partnership)** | **Reserves - replacement** | | $161,202.74 |
| 3.2. | **Funds held by Midland Loan Services (includes funds for co-debtor W Point Limited Partnership)** | **Reserves - Repair** | | $91,344.00 |
| 3.3. | **Funds held by Midland Loan Services (includes funds for co-debtor W Point Limited Partnership)** | **Cash Management/Lockbox** | | $697,196.08 |
| 3.4. | **Enterprise Bank** | **Checking** | 6326 | $195.54 |
| 3.5. | **Funds held by Midland Loan Services (includes funds for co-debtor W Point Limited Partnership)** | | | $109,856.30 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,059,794.66 |
|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **S Chase Limited Partnership**                                    Case number *(If known)*  **18-31017-H1-11**
         Name

---

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

|  | | |
|---|---|---|
| | **Tomas Landaverde (Painting) $7,420.00** | |
| 8.1. | **Ruben Badillo (Carpet Replacement) $10,723.29** | $18,143.29 |

9.   **Total of Part 2.**                                                                          $18,143.29
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:    7,813.23   -   5,937.16  =....   $1,876.07
                          face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                         $1,876.07
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **S Chase Limited Partnership**                              Case number *(If known)*  **18-31017-H1-11**
         <sub>Name</sub>

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Office Furniture:**<br>**4 Desk**                  **$600**<br>**1 Printer**               **$100**<br>**3 Computer Screens**  **$300**<br>**2 Desk Chairs**          **$ 50**<br>**5 office chairs**         **$150**<br>**2 loveseats**             **$150**<br>**1 printer**               **$100**<br>**4 file cabinets**         **$100**<br>**2 office phones**         **$ 30**<br>**table with 4 chairs**    **$150** | **$0.00** | | **$1,730.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$1,730.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**      **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **S Chase Limited Partnership** | Case number *(If known)* **18-31017-H1-11** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Maintenance Equipment:** | | | |
| 1 Key machine        $150 | | | |
| 1 dolly                     $ 25 | | | |
| 1 A/C Gauges         $ 75 | | | |
| 1 Power washer      $ 75 | | | |
| 1 Large snake         $150 | | | |
| 32"ft ladder            $100 | | | |
| 17"ft ladder            $100 | | | |
| 1 recovery machine  $250 | | **$0.00** | **$925.00** |

| | | | |
|---|---|---|---|
| **Appliances:** | | | |
| **148 occupied units** | | | |
| **each occupied unit has 1 refrigerator  1 range** | | | |
| **1 dishwasher  $51,800** | | | |
| **2 Boilers** | | | |
| **$ 6,000** | | **$0.00** | **$57,800.00** |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    **$58,725.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **S Chase Limited Partnership**                     Case number *(If known)* **18-31017-H1-11**
_____
Name

| | | | |
|---|---|---|---|
| 55.1. **Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086. Value is based on a recent prepetition offer to purchase the property. However, recent brokers' opinions indicate values ranging from $11,229,194 to $14,159,329 ("as-is"to stabilized).** | Fee simple | $0.00 | $9,850,000.00 |

56. **Total of Part 9.**                                                                  | **$9,850,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **S Chase Limited Partnership**                                 Case number *(If known)* **18-31017-H1-11**
          <sub>Name</sub>

**Potential claim against AmRisc, LLC for damages due to Hurricane Harvey**                                                   **Unknown**

Nature of claim _____

Amount requested | **$0.00**

**Potential claims against Lender(s) and/or Lender(s)' servicers arising from bad faith efforts to prevent mitigation of damages to property and/or lender; bad faith efforts apparently taken to attempt to get debtor to execute a forbearance to convert loans from non-recourse to recourse; claims relating to failure to allow use of reserve funds for repairs to property; and/or any other claims which may be discovered related to the Lender's relationship with Debtor and/or efforts to control actions of the Debtor.**                                                   **Unknown**

Nature of claim _____

Amount requested | **$0.00**

**Debtor reserves it rights to allege its claims against Orion Management Group, if any.**                                                   **Unknown**

Nature of claim _____

Amount requested | **$0.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

      **Affiliate Receivable - Crosswinds Houston Limited Partnership**                                                   **$8,985.00**

      **Affiliate Promissory Grid Note - Crosswinds Houston Limited Partnership**                                                   **$69,500.00**

      **Affiliate Promissory Grid Note - W Point Limited Partnership**                                                   **$85,850.00**

---

78.    **Total of Part 11.**                                                   | **$164,335.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor     **S Chase Limited Partnership** _____     Case number *(If known)*  **18-31017-H1-11**
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,059,794.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,143.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,876.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,730.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $9,850,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $164,335.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,304,604.02 | + 91b. $9,850,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,154,604.02 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **S Chase Limited Partnership**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31017-H1-11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1  AAA Plumbers** | Describe debtor's property that is subject to a lien | $0.00  $0.00 |
| Creditor's Name | **Paid in full. Release of Lien has not been filed.** | |

**P O Box 40291**
**Houston, TX 77240**

Creditor's mailing address

Describe the lien
**M&M Llen**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**10/2/15**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | |
|---|---|---|
| **2.2  Acuity Electric Inc.** | Describe debtor's property that is subject to a lien | $3,036.70   $0.00 |
| Creditor's Name | **Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.** | |

**7814 Fulton St**
**Houston, TX 77022**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **S Chase Limited Partnership** | | Case number (if know) | **18-31017-H1-11** |
|---|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **Ameristar Apartment Services LP**

Creditor's Name

**Attn Joan Rogerson, Comptroller**
**P O Box 29309**
**Dallas, TX 75229**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/26/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Paid in full. Release of Lien has not been filed.**

Describe the lien
**M&M Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

---

**2.4**  **Baldemar Bravo**

Creditor's Name

**Three Amigos Painting Services**
**P O Box 441025**
**Houston, TX 77244-1025**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/19/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Paid in full. Release of Lien has not been filed.**

Describe the lien
**M&M Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

---

**2.5**  **BG Personnel Services**

Creditor's Name

**5850 Granite Pkwy SUite 730**
**Plano, TX 75024**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Paid in full. Release of Lien has not been filed.**

Describe the lien
**Judgment Lien**

$0.00     $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 10

Debtor   **S Chase Limited Partnership**                                   Case number (if know)   **18-31017-H1-11**
_____
Name

|  | | |
|---|---|---|
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| _Creditor's email address, if known_ | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **3/28/16** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ■ Disputed | |

---

| 2.6 | **Crestmark Construction Services** | **Describe debtor's property that is subject to a lien** | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | _Creditor's Name_ | **Paid in full. Release of Lien has not been filed.** | | | |
| | **1213 Shepherd Drive Houston, TX 77092** | | | | |
| | _Creditor's mailing address_ | **Describe the lien** **M&M Lien** | | | |
| | | **Is the creditor an insider or related party?** | | | |
| | | ■ No | | | |
| | _Creditor's email address, if known_ | ☐ Yes | | | |
| | | **Is anyone else liable on this claim?** | | | |
| | **Date debt was incurred** | ■ No | | | |
| | **4/7/15** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | | |
| | **Last 4 digits of account number** | | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| | ■ No | ☐ Contingent | | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |

---

| 2.7 | **Elite Apartment Services** | **Describe debtor's property that is subject to a lien** | | $31,727.58 | $0.00 |
|---|---|---|---|---|---|
| | _Creditor's Name_ | **Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.** | | | |
| | **13814 Lookout Road San Antonio, TX 78233** | | | | |
| | _Creditor's mailing address_ | **Describe the lien** **M&M Lien** | | | |
| | | **Is the creditor an insider or related party?** | | | |
| | | ■ No | | | |
| | _Creditor's email address, if known_ | ☐ Yes | | | |
| | | **Is anyone else liable on this claim?** | | | |
| | **Date debt was incurred** | ■ No | | | |
| | **12/15/14** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | | |
| | **Last 4 digits of account number** | | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| | ■ No | ☐ Contingent | | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3 of 10

| Debtor | **S Chase Limited Partnership** | Case number (if know) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Envirotrol Pest Solutions Inc** | | |
|---|---|---|---|

Creditor's Name

**12114 Dover Street**
**Houston, TX 77031**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $3,160.14      $0.00
**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

Creditor's email address, if known

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**8/4/16**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Graciano Espiricueta** | | |
|---|---|---|---|

Creditor's Name

**dba Graciano & Isabel Contractors**
**17015 Glenclan Lane**
**Houston, TX 77084**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $0.00      $0.00
**Paid in full. Release of Lien has not been filed.**

Creditor's email address, if known

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2/5/15**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Harris County, et al.** | | |
|---|---|---|---|

Creditor's Name

**c/o Tara Grundemeier**
**Linebarger Attorneys At Law**
**4828 Loop Central Drive**
**Houston, TX 77081**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $82,799.43      $9,850,000.00
**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

**Describe the lien**

---

Debtor   **S Chase Limited Partnership**

Name

Case number (if know)   **18-31017-H1-11**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Accrued 2018 Property Taxes**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Harris County, et al.**
**2. Northwest Park MUD**
**3. RSS CGCMT2014GC23-TX SCLP LLC**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 1 | HD Supply Facilities Maintenance Ltd | Describe debtor's property that is subject to a lien | $29,686.20 | $0.00 |

Creditor's Name

**P O Box 509058**
**San Diego, CA 92150**

Creditor's mailing address

**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/10/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | HMS LLC | Describe debtor's property that is subject to a lien | $9,000.00 | $0.00 |

Creditor's Name

**5860 Citrus Blvd. Suite D #19**
**Harahan, LA 70123**

Creditor's mailing address

**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

**Describe the lien**
**M&M Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/4/17**
**Last 4 digits of account number**

---

| Debtor | **S Chase Limited Partnership** | Case number (if know) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 3**

**Iron Forge Inc**

Creditor's Name

**dba Texas Painting and Resurfacing**
**P O Box 827**
**Pasadena, TX 77501-0827**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/11/16**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

**Describe the lien**

**M&M Liens**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$10,205.12    $0.00

---

**2.1 4**

**Keylo Painting & Construction**

Creditor's Name

**Oscar Serrano**
**12214 Ashford Valley**
**Sugar Land, TX 77478**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/24/15**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Paid in full. Release of Lien has not been filed.**

**Describe the lien**

**M&M Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$0.00    $0.00

---

**2.1 5**

**Northwest Park MUD**

Creditor's Name

**Utility Tax Service, LLC**
**4910 Dacoma, Suite 601**
**Houston, TX 77092**

**Describe debtor's property that is subject to a lien**

**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

$19,887.44    $9,850,000.00

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 6 of 10

| Debtor | **S Chase Limited Partnership** | Case number (if know) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Accrued 2018 Property Taxes** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.10** | ☐ Disputed |

---

| 2.16 | **Presto Maintenance Supply** | **Describe debtor's property that is subject to a lien** | $24,425.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.** | | |
| | **319 Maverick** | | | |
| | **San Antonio, TX 78212** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **M&M Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **1/15/15** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.17 | **Prism Electric** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Paid in full. Release of Lien has not been filed.** | | |
| | **Attn Becky Johnson, Office Manager** | | | |
| | **6522 Bourgeois Road** | | | |
| | **Houston, TX 77066** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **M&M Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/7/2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 7 of 10 |

| Debtor | S Chase Limited Partnership | Case number (if know) | 18-31017-H1-11 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.18 | **RSS CGCMT2014GC23-TX SCLP LLC** | | $12,155,552.00 | $9,850,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**c/o Rialto Capital Advisors LLC
790 NW 107th Avenue
Miami, FL 33172**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.10**

**Describe debtor's property that is subject to a lien**
**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

**Describe the lien**
**Cross-collateralized with W Point Limited Partnership**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.19 | **Shepard Forest Inc.** | | $757.76 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P O Box 924468
Houston, TX 77292**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/30/15**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

**Describe the lien**
**M&M Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Summit Floors** | | $2,996.07 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**15210 Chaplin S
Houston, TX 77032**

**Describe debtor's property that is subject to a lien**
**Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 8 of 10 |
|---|---|---|

Debtor   **S Chase Limited Partnership**                    Case number (if know)   **18-31017-H1-11**

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**M&M Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **1/6/16** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.2 1 | **Texas Quality Plumbing LLC** | **Describe debtor's property that is subject to a lien** | **$6,771.00** | **$0.00** |

| | | |
|---|---|---|
| Creditor's Name | **Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.** | $6,771.00    $0.00 |
| **918 W 34th St.**<br>**Houston, TX 77018** | | |
| Creditor's mailing address | **Describe the lien**<br>**Lien** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **9/21/06** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.2 2 | **The Williams Company (G&R Enterprises)** | **Describe debtor's property that is subject to a lien** | **$11,520.85** | **$0.00** |

| | | |
|---|---|---|
| Creditor's Name | **Real estate and improvements located at 7703 Seton Lake Drive, Houston, Texas 77086.** | $11,520.85    $0.00 |
| **P O Box 740061**<br>**Houston, TX 77247** | | |
| Creditor's mailing address | **Describe the lien**<br>**Lien** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **8/22/16** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |

---

Debtor   **S Chase Limited Partnership**                                           Case number (if know)   **18-31017-H1-11**
          Name

■ No                  ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $12,391,525. 79 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Al T. Taxis**<br>**Meyer Knight & Williams**<br>**8100 Washington Suite 1000**<br>**Houston, TX 77007** | Line **2.20** | |
| **Darrell W Cook**<br>**Catherine A Keith**<br>**One Meadows Building**<br>**5005 Greenville, Suite 200**<br>**Dallas, TX 75201-6000** | Line **2.3** | |
| **Doris Reyes**<br>**13004 Murphy Road, Suite 232**<br>**Stafford, TX 77477** | Line **2.14** | |
| **Harris County et al**<br>**Tax Assessor-Collector**<br>**P O Box 4622**<br>**Houston, TX 77210-4622** | Line **2.10** | |
| **Markle Roberts**<br>**6436 Community Drive**<br>**Houston, TX 77005** | Line **2.12** | |
| **Michael B Thurman**<br>**THurman & Phillips PC**<br>**8000 IH 10 W Suite 1000**<br>**San Antonio, TX 78230** | Line **2.7** | |
| **Northwest Park MUD**<br>**c/o Young and Brooks**<br>**10000 Memorial Drive Suite 260**<br>**Houston, TX 77024** | Line **2.15** | |
| **Poston E Pritchett**<br>**Andrews Myers PC**<br>**3900 Essex Lane Suite 800**<br>**Houston, TX 77027** | Line **2.13** | |
| **The Cweren Law Firm**<br>**3311 Richmond Suite 305**<br>**Houston, TX 77098** | Line **2.1** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **S Chase Limited Partnership**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31017-H1-11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Janie Sauceda**<br>**17519 Mossforest Dr**<br>**Houston, TX 77090-3011**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Tenant Deposit**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $1,144.52 | $1,144.52 |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**All Floors Carpet Cleaning**<br>**607 Rankin Circle N**<br>**Houston, TX 77073**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,845.44 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Amaryco, Inc.**<br>**310 East Jackson Street**<br>**Orlando, FL 32801**<br>Date(s) debt was incurred **7/19/2017**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Demand Promissory Grid Note, principle only, plus accrued interests**<br>Is the claim subject to offset? ■ No ☐ Yes | $61,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     42392     Best Case Bankruptcy

| Debtor | **S Chase Limited Partnership** | Case number (if known) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,769.02 |
|---|---|---|---|
| | **Centerpoint Energy Inc** | ☐ Contingent | |
| | **1111 Louisiana Street** | ☐ Unliquidated | |
| | **Houston, TX 77002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $769.50 |
|---|---|---|---|
| | **CKI Wholesale Lock Supply** | ☐ Contingent | |
| | **10020 Sussex Lane** | ☐ Unliquidated | |
| | **Houston, TX 77041** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $753.81 |
|---|---|---|---|
| | **Comcast 660618** | ☐ Contingent | |
| | **1701 JFK Blvd.** | ☐ Unliquidated | |
| | **Philadelphia, PA 19103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|
| | **Crosswinds Houston Limited Partnership** | ☐ Contingent | |
| | **c/o Stephanie Le** | ☐ Unliquidated | |
| | **1032 Royal Marquis Circle** | ☐ Disputed | |
| | **Ocoee, FL 34761** | | |
| | Date(s) debt was incurred  3/14/2016 | Basis for the claim:  Demand Promissory Grid Note, principle only, plus accrued interests _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,852.17 |
|---|---|---|---|
| | **Deffenbaugh Industries** | ☐ Contingent | |
| | **P O Box 3249** | ☐ Unliquidated | |
| | **Shawnee, KS 66203-0249** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,494.83 |
|---|---|---|---|
| | **Eagle Carpet Care** | ☐ Contingent | |
| | **5614 Afton Ridge Ln** | ☐ Unliquidated | |
| | **Houston, TX 77084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,006.86 |
|---|---|---|---|
| | **Encore Industrial Products LLC** | ☐ Contingent | |
| | **3502 Bacor Road** | ☐ Unliquidated | |
| | **Houston, TX 77084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| Debtor | **S Chase Limited Partnership** | Case number (if known) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

**3.10**

Nonpriority creditor's name and mailing address
**Fabco Holdings Inc**
**105 West Beaver Creek Road Unit 9**
**Richmond Hill, Ontario, Canada L4B 1C6**

Date(s) debt was incurred  **3/2/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Demand Promissory Grid Note, principle only, plus accrued interests**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,333.33**

---

**3.11**

Nonpriority creditor's name and mailing address
**Gateman Inc**
**P O Box 270160**
**Houston, TX 77277**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,226.24**

---

**3.12**

Nonpriority creditor's name and mailing address
**Gemini Plumbing Inc**
**6989 W Little York Suite S**
**Houston, TX 77040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$328.54**

---

**3.13**

Nonpriority creditor's name and mailing address
**Houston Apartment Services**
**4810 Westway Park Blvd.**
**Houston, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$67,503.45**

---

**3.14**

Nonpriority creditor's name and mailing address
**Hurricane Glass Inc.**
**1418 Indiana**
**South Houston, TX 77587**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$83.57**

---

**3.15**

Nonpriority creditor's name and mailing address
**Jaymor Asset Management Inc**
**310 East Jackson Street**
**Orlando, FL 32801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Affiliate**

Is the claim subject to offset? ■ No  ☐ Yes

**$66,535.18**

---

**3.16**

Nonpriority creditor's name and mailing address
**Jaymor Asset Management Inc**
**310 East Jackson Street**
**Orlando, FL 32801**

Date(s) debt was incurred  **5/10/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Demand Promissory Grid Note, principle only, plus accrued interests**

Is the claim subject to offset? ■ No  ☐ Yes

**$603,903.45**

---

| Debtor | **S Chase Limited Partnership** | Case number (if known) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,020.00** |
|---|---|---|---|

**Jaymor Securities Ltd**
**105 West Beaver Creek Road Unit 9**
**Richmond Hill, Ontario, Canada L4B 1 C6**

Date(s) debt was incurred  **5/11/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Demand Promissory Grid Note, principle only, plus accrued interests**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,165.00** |
|---|---|---|---|

**Jaymor USA Inc**
**310 East Jackson Street**
**Orlando, FL 32801**

Date(s) debt was incurred  **4/30/2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Demand Promissory Grid Note, principle only, plus accrued interests**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,191.68** |
|---|---|---|---|

**Master Building Contractors LLC**
**310 East Jackson Street**
**Orlando, FL 32801**

Date(s) debt was incurred  **1/31/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Demand Promissory Grid Note, principle only, plus accrued interests**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,800.00** |
|---|---|---|---|

**Mueller Water Conditioning Inc**
**P O Box 975118**
**Dallas, TX 75397-5118**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,222.87** |
|---|---|---|---|

**Northwest Park MUD**
**c/o Si Environment**
**6420 Reading Road**
**Rosenberg, TX 77471**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,461.29** |
|---|---|---|---|

**On-Site**
**307 Orchard City Drive Suite 110**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,970.78** |
|---|---|---|---|

**OPG Ventures LLC**
**8826 Santa Fe Drive #190**
**Overland Park, KS 66212**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **S Chase Limited Partnership** | Case number (if known) | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,013.46** |
|---|---|---|---|

**Orion Property Group**
**8826 Santa Fe Drive #190**
**Overland Park, KS 66212**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **G&R Enterprises, et al Litigation against claimant wherein Debtor is actual obligor and included as scheduled liability.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,756.01** |
|---|---|---|---|

**PPG Architectural Finishes Inc**
**One PPG Place**
**Pittsburgh, PA 15272**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$247.86** |
|---|---|---|---|

**Quill Corporation**
**P O Box 37600**
**Philadelphia, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$639.60** |
|---|---|---|---|

**Real Page**
**P O Box 671777**
**Dallas, TX 75267**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,646.70** |
|---|---|---|---|

**Regency Accounting**
**8826 Santa Fe Drive #190**
**Overland Park, KS 66212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,199.17** |
|---|---|---|---|

**Regency Office Products LLC**
**8024 Glenwood Ave Suite 200**
**Raleigh, NC 27612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$896.00** |
|---|---|---|---|

**Rentpath Holdings Inc.**
**P O Box 402020**
**Atlanta, GA 30384**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **S Chase Limited Partnership** | Case number *(if known)* | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.93** |
|---|---|---|---|
| | Roto-Rooter<br>3403 N Sam Houston Pkwy W<br>Suite 400<br>Houston, TX 77086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$904.59** |
|---|---|---|---|
| | Sherwin Williams 10930 TX<br>11316 North Fwy<br>Houston, TX 77037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.90** |
|---|---|---|---|
| | Sherwin Williams 7327<br>11316 North Fwy<br>Houston, TX 77037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,628.09** |
|---|---|---|---|
| | Summer Energy LLC<br>P.O. Box 460845<br>Houston, TX 77056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,918.98** |
|---|---|---|---|
| | Sun Coast Plumbing Co Inc<br>1204 Missouri St.<br>South Houston, TX 77587 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,181,753.19** |
|---|---|---|---|
| | W Point Limited Partnership<br>c/o Stephanie Le<br>1032 Royal Marquis Circle<br>Ocoee, FL 34761 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/30/2014 | Basis for the claim:  Demand Promissory Grid Note, principle only, plus accrued interests | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,423.77** |
|---|---|---|---|
| | Waste Management of Texas, Inc.<br>1001 Fannin Street<br>Houston, TX 77002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **S Chase Limited Partnership** | Case number *(if known)* | **18-31017-H1-11** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,053.44 |
|---|---|---|---|

**Webb Pest Control**
**10963 Cutten Road Suite B105**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,123.10 |
|---|---|---|---|

**Wilmar Industries**
**P O Box 404284**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,144.52 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,496,530.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,497,675.32 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>S Chase Limited Partnership</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>18-31017-H1-11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Property Management Agreed dated May 20, 2015; 30 day termination notice.**<br><br><br>**Orion Property Group**<br>**8826 Santa Fe Drive #190**<br>**Overland Park, KS 66212** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Laundry Room Lease Agreement dated 2/15/16 for a period of 7 years beginning 6/1/16. 5/31/16**<br><br>**SCS Service Works, Inc.**<br>**7157 North Loop E**<br>**Houston, TX 77028** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | <br><br>**Tenant Leases** |

**Fill in this information to identify the case:**

Debtor name __S Chase Limited Partnership__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __18-31017-H1-11__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Fabrizzio Lucchese** | **105 West Beaver Creek Road Unit 9 Richmond Hill, Ontario, Canada L4B 1C6** | **RSS CGCMT2014GC23-TX SCLP LLC** | ■ D __2.18__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **W Point Limited Partnership** | **c/o Stephanie Le 1032 Royal Marquis Circle Ocoee, FL 34761** | **RSS CGCMT2014GC23-TX SCLP LLC** | ■ D __2.18__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **S Chase Limited Partnership**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31017-H1-11**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 2, 2018**                   x  *Gordon Steele*
                                                   Signature of individual signing on behalf of debtor

**Gordon Steele**
Printed name

**CFO of S Chase General Partner, Inc, General Partner of Debtor**
Position or relationship to debtor

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**S Chase Limited Partnership**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td>**18-31017-H1-11**</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$282,131.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$1,703,517.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$1,563,162.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **CSC Service Works - shared revenue from onsite laundry** | **$909.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | **CSC Service Works - shared revenue from onsite laundry** | **$2,056.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Seton Chase
**List of Creditors paid in the last 90 days that total more than $6,425.00**
**EXHIBIT SOFA 3**

| Date | Creditor | | Amount | Description |
|------|----------|---|--------|-------------|
| 12/6/2017 | OPG Ventures, LLC | $ | 6,935.23 | Payroll |
| 12/19/2017 | OPG Ventures, LLC | $ | 10,197.15 | Payoll |
| 12/19/2017 | OPG Ventures, LLC | $ | 1,394.03 | Reimbursement for expenses for travel, maintenance supplies purchased |
| 12/31/2017 | OPG Ventures, LLC | $ | 3,426.08 | Management Fee |
| 1/3/2018 | OPG Ventures, LLC | $ | 7,279.48 | Payroll |
| 1/17/2018 | OPG Ventures, LLC | $ | 10,216.49 | Payroll |
| 1/31/2018 | OPG Ventures, LLC | $ | 7,346.70 | Payroll |
| 1/31/2018 | OPG Ventures, LLC | $ | 4,079.40 | Management Fee |
| 2/14/2018 | OPG Ventures, LLC | $ | 11,194.53 | Payroll |
| 2/16/2018 | OPG Ventures, LLC | $ | 4,925.06 | Reimbursement for expenses for travel, maintenance supplies purchased |
| 2/28/2018 | OPG Ventures, LLC | $ | 4,000.00 | Payroll |
| | **TOTAL:** | **$** | **70,994.15** | |
| | | | | |
| 12/21/2017 | A&F Painting | $ | 3,246.18 | Invoices for maintenance |
| 2/26/2018 | A&F Painting and Remode | $ | 3,246.18 | Invoices for maintenance |
| 2/28/2018 | A&F Painting and Remode | $ | 3,246.18 | Invoices for maintenance |
| | **TOTAL:** | **$** | **9,738.54** | |
| | | | | |
| 12/21/2017 | Northwest MUD | $ | 8,246.62 | Utilities |
| 12/26/2017 | Northwest MUD | $ | 8,043.92 | Utilities |
| 1/29/2018 | Northwest MUD | $ | 8,068.64 | Utilities |
| 1/31/2018 | Northwest MUD | $ | 7,808.57 | Utilities |
| 2/15/2018 | Northwest MUD | $ | 7,778.29 | Utilities |
| | **TOTAL:** | **$** | **39,946.04** | |
| | | | | |
| 12/29/2017 | Summer Energy | $ | 3,848.43 | Utilities |
| 1/23/2018 | Summer Energy | $ | 1,340.30 | Utilities |
| 1/31/2018 | Summer Energy | $ | 3,021.12 | Utilities |
| | **TOTAL:** | **$** | **8,209.85** | |
| | | | | |
| 12/26/2017 | Presto | $ | 3,468.22 | Invoices for maintenance |
| 1/16/2018 | Presto | $ | 1,042.05 | Invoices for maintenance |
| 1/16/2018 | Presto | $ | 7,191.87 | Invoices for maintenance |
| 2/15/2018 | Presto | $ | 1,734.11 | Invoices for maintenance |
| 2/19/2018 | Presto | $ | 7,804.65 | Invoices for maintenance |
| | **TOTAL:** | **$** | **21,240.90** | |

| Debtor | S Chase Limited Partnership | Case number *(if known)* | 18-31017-H1-11 |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Iron Forge, Inc. d/b/a Texas Painting and Resurfacing v. S Chase Limited Partnership, S Chase General Partner, Inc., W Point Limited Partnership, W Point General Partner, Inc., Crosswinds Houston Limited Partnership and Crosswinds General Partner, Inc.<br>2016-66087 | Collection - unpaid labor and materials | 157th Judicial District Court of Harris County, Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Presto Drapery Service, Inc., d/b/a Preston Maintenance Supply Inc.  v Texas Regency Apartments, LP, S Chase, LP, Crosswinds Houston, LP, W Point, LP<br>2015-35171 | Collections | 11th Judicial District Court of Harris County, Texas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **S Chase Limited Partnership** _____     Case number (if known)   **18-31017-H1-11**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Elite Apartment Services, Inc. v S Chase Limited Partnership<br>2016-60016** | **Collections** | **152nd Judicial District Court of<br>Harris County, Texas** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Araceli Gutierrez and G & R Enterprises d/b/a The Williams Company v Orion Property Group, individually and d/b/a Regency Square Apartments, Willowbrook Point Apartments, Crosswinds Apartments, and Seton Chae Apartments; Jaymor Management Group, LLC, et al<br>2016-68682** | **Collections** | **113th Judicial District Court of<br>Harris County, Texas** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor      S Chase Limited Partnership                                    Case number *(if known)*   **18-31017-H1-11**

| 11.1. | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Hoover Slovacek LLP 5051 Westheimer, Suite 1200 Houston, TX 77056** | **For the joint representation of the Debtors, S Chase Limited Partnership, Crosswinds Houston Limited Partnership, and W Point Limited Partnership.** | **03/02/2018** | **$100,005.00** |

Email or website address
**www.hooverslovacek.com**

Who made the payment, if not debtor?
**Fabco Holdings Inc.**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | S Chase Limited Partnership | Case number *(if known)* | 18-31017-H1-11 |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **S Chase Limited Partnership**                                    Case number *(if known)*  **18-31017-H1-11**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **CSC Service Works, Inc.**<br>**7157 North Loop E**<br>**Houston, TX 77028** | **Seton Chase Apartments**<br>**7703 Seton Lake Drive**<br>**Houston, TX 77086** | **1.00  ESD Value Adder Plus Model #11-117-006**<br>**1.00  ESD Stand for a VAP High Security Model #70-050-200**<br>**4.00  Speed Queen dryer stack gas MDC card ready Model #SSGBYAGS1 1 1TW01**<br>**8.00  Speed Queen Quantum washer topload card ready Model #SWNNY2PP113TW01**<br>**8.00  Esd E-Danyl card reader for Speed Queen Model #1 1-000-172-C**<br>**8.00  Esd Card Reader  Model #11-000-1216** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant Deposits** | | | **$0.00** |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor   **S Chase Limited Partnership**                                   Case number *(if known)*  **18-31017-H1-11**

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **Stephanie Le**<br>**1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | |
| 26a.2.   **Gordon Steele**<br>**1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | |
| 26a.3.   **Michael Napovanice**<br>**Orion Property Group**<br>**8826 Santa Fe Drive #190**<br>**Overland Park, KS 66212** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.   **Stephanie Le**<br>**1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | |

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.2.   **Gordon Steele**<br>**1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | |

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.3.   **Michael Napovanice**<br>**Orion Property Group**<br>**8826 Santa Fe Drive #190**<br>**Overland Park, KS 66212** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.   **Gordon Steele**<br>**1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | |
| 26c.2.   **Stephanie Le**<br>**1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    S Chase Limited Partnership _____    Case number *(if known)*  18-31017-H1-11

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.  **Michael Napovanice**<br>**Orion Property Group**<br>**8826 Santa Fe Drive #190**<br>**Overland Park, KS 66212** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Hashir Saleem**<br>**KET Enterprises Inc.** |
| 26d.2.  **Houston Income Properties** |
| 26d.3.  **Midland Loans Services** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seton Willow Financing Partnership Ltd** | **Attn N Dwayne Gray Jr.**<br>**315 E Robinson Street Suite 600**<br>**Orlando, FL 32801** | **Limited Partner** | **99%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **S Chase General Partner, Inc.** | **310 E. Jackson**<br>**Orlando, FL 32801** | **General Partner** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gordon Steele** | **1032 Royal Marquis Circle**<br>**Ocoee, FL 34761** | **Chief Financial Officer of General Partner** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Johns** | | **President and Director** | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    **S Chase Limited Partnership**                                          Case number *(if known)*   **18-31017-H1-11**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Fabrizio Lucchese** | **105 West Beaver Creek Road Unit 9 Richmond Hill, Ontario, Canada L4B 1C6** | **President and Director** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Fill in this information to identify the case:

Debtor name      **S Chase Limited Partnership**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31017-H1-11**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  2, 2018**

Signature of individual signing on behalf of the debtor

**Gordon Steele**
Printed name

Position or relationship to debtor   **CFO of S Chase General Partner, Inc,
General Partner of Debtor**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes