MOR-1

# UNITED STATES BANKRUPTCY COURT

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018
PROPOSED PLAN DATE: 06/04/2018

PETITION DATE: 3/5/2018 0:00
DISTRICT OF TEXAS: Southern District
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Mar 5-31, 2018 | 04/01 - 04/30/1 | APRIL 2018 | YEAR |
|---|---|---|---|---|
| REVENUES (MOR-6) | 67,199.57 | 87,163.28 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 14,938.87 | 35,420.18 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 14,938.87 | 35,420.18 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 5,995.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 52,260.70 | 48,628.62 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

|  |  | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | | Yes    No X |
| Are all post-petition liabilities, including taxes, being paid within terms? | | Yes X  No |
| Have any pre-petition liabilities been paid? | | Yes    No X |
| If so, describe   Pre-petition utilities were paid as adequate assurance as approved by the Court. | | |
| Are all funds received being deposited into DIP bank accounts? | | Yes X  No |
| Were any assets disposed of outside the normal course of business? | | Yes    No X |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | Yes X  No |
| What is the status of your Plan of Reorganization? | | |
| To be determined. | | |

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE |
|---|---|---|
| AS OF SIGNATURE DATE | | |
| CASUALTY | YES (X) NO ( ) | 5/9/2018 |
| LIABILITY | YES (X) NO ( ) | 5/9/2018 |
| VEHICLE | YES (X) NO ( ) | 5/9/2018 |
| WORKER'S | YES (X) NO ( ) | 5/9/2018 |
| OTHER Boiler/Equip | YES (X) NO ( ) | 1/22/2019 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_ TITLE: _CFO_

(ORIGINAL SIGNATURE)

GORDON STEELE
(PRINT NAME OF SIGNATORY)

May 30, 2018
DATE    Revised 07/01/98

ATTORNEY NAME: Deirdre Carey Brown
FIRM NAME: Hoover Slovacek LLP
ADDRESS: Galleria Tower II
5051 Westheimer Suite 1200
CITY, STATE, ZIP: Houston, TX 77056
TELEPHONE/FAX: 713-977-8686 / 713-977-5395

MOR-1

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

## AMENDED COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 3/5/2018 | Mar-18 | Apr-18 | | | | |
| CURRENT ASSETS | | | | | | | |
| Cash  FN1 | 349,631.15 | 364,570.02 | 403,409.91 | | | | |
| Accounts Receivable, Net | 2,579.05 | 16,321.94 | 13,127.63 | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Prepaid Payroll 5/1/18-5/4/18 | | | 3,114.51 | | | | |
| Other | 32,000.00 | 32,000.00 | 32,000.00 | | | | |
| TOTAL CURRENT ASSETS | 384,210.20 | 412,891.96 | 451,652.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST  FN2 | 10,654,945.00 | 10,654,945.00 | 10,654,945.00 | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 10,654,945.00 | 10,654,945.00 | 10,654,945.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $11,039,155.20 | $11,067,836.96 | $11,106,597.05 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2
FN1  Funds held by Wells Fargo Bank for reserves and cash management totaling $348,717.28
FN2  The real property value was based upon the offer to purchase price. The personal property's value was based on booked value.

Revised 07/01/98

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

## AMENDED COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 3/5/2018 | MONTH 3/31/2018 0:00 | MONTH 4/30/2018 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 7,402,264.38 | 7,402,264.38 | 7,402,264.38 | | | | |
| Priority Debt | 2,356.16 | 2,356.16 | 2,356.16 | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 2,060,193.63 | 2,060,193.63 | 2,060,193.63 | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 9,464,814.17 | 9,464,814.17 | 9,464,814.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 9,464,814.17 | 9,464,814.17 | 9,464,814.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | -1,711,095.45 | -1,711,095.45 | -1,711,095.45 | | | | |
| RETAINED EARNINGS ADJUSTMENT: | 3,285,436.48 | 3,299,179.37 | 3,302,519.28 | | | | |
| RETAINED EARNINGS: Post Filing Date | | 14,938.87 | 50,359.05 | 50,359.05 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,574,341.03 | 1,603,022.79 | 1,641,782.88 | 50,359.05 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $11,039,155.20 | $11,067,836.96 | $11,106,597.05 | $50,359.05 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 3/31/2018 | MONTH 4/30/2018 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll Taxes | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

## AGING OF POST-PETITION LIABILITIES
MONTH 4/30/2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | |
| 31-60 | 0.00 | | | | |
| 61-90 | 0.00 | | | | |
| 91+ | 0.00 | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 3/31/2018 | 4/30/2018 |
|---|---|---|
| 0-30 DAYS | 16,321.94 | 13,127.63 |
| 31-60 DAYS | | |
| 61-90 DAYS | | |
| 91+ DAYS | | |
| TOTAL | $16,321.94 | $13,127.63 |

MOR-5

*Revised 07/01/98*

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

## STATEMENT OF INCOME (LOSS)

| | MONTH 31-Mar | MONTH 4/30/2018 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 67,199.57 | 87,163.28 | | | | | 154,362.85 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 67,199.57 | 87,163.28 | 0.00 | 0.00 | 0.00 | 0.00 | 154,362.85 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 45,115.98 | 40,614.18 | | | | | 85,730.16 |
| General & Administrative | 1,149.72 | 7,364.41 | | | | | 8,514.13 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 5,995.00 | 650.00 | | | | | 6,645.00 |
| Other   Prepaid Rent 5/1/18-5/4/18 | | 3,114.51 | | | | | 3,114.51 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 52,260.70 | 51,743.10 | 0.00 | 0.00 | 0.00 | 0.00 | 104,003.80 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 14,938.87 | 35,420.18 | 0.00 | 0.00 | 0.00 | 0.00 | 50,359.05 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 14,938.87 | 35,420.18 | 0.00 | 0.00 | 0.00 | 0.00 | 50,359.05 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $14,938.87 | $35,420.18 | $0.00 | $0.00 | $0.00 | $0.00 | $50,359.05 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH 3/31/2018 | MONTH 4/30/2018 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | $0.00 | $15,852.74 | $54,692.60 | $54,692.60 | $54,692.60 | $54,692.60 | $0.00 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | 67,199.57 | 87,468.48 | | | | | 154,668.05 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | FN1 | 913.87 | | | | | | 913.87 |
| TOTAL RECEIPTS** | | 68,113.44 | 87,468.48 | 0.00 | 0.00 | 0.00 | 0.00 | 155,581.92 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | FN2 | 13,424.96 | 20,008.88 | | | | | 33,433.84 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | 23,810.65 | 5,166.94 | | | | | 28,977.59 |
| 12. INSURANCE | | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 7,880.37 | 15,438.39 | | | | | 23,318.76 |
| 17. ADMINISTRATIVE & SELLING | | 1,149.72 | 7,364.41 | | | | | 8,514.13 |
| 18. OTHER (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | 46,265.70 | 47,978.62 | 0.00 | 0.00 | 0.00 | 0.00 | 94,244.32 |
| 19. PROFESSIONAL FEES | | 5,995.00 | | | | | | 5,995.00 |
| 20. U.S. TRUSTEE FEES | | | 650.00 | | | | | 650.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | | 52,260.70 | 48,628.62 | 0.00 | 0.00 | 0.00 | 0.00 | 100,889.32 |
| 22. NET CASH FLOW | | 15,852.74 | 38,839.86 | | | | | 54,692.60 |
| 23. CASH - END OF MONTH (MOR-2) | | $15,852.74 | $54,692.60 | $54,692.60 | $54,692.60 | $54,692.60 | $54,692.60 | $54,692.60 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

FN1 Closed pre-petition account deposited into DIP bank account.
FN2 Includes prepaid payroll of $3,114.51 for 5/1/18-5/4/18.

Revised 07/01/98

**CASE NAME:** Crosswinds Houston Limited Partnership
**CASE NUMBER:** 18-31018

## CASH ACCOUNT RECONCILIATION
### MONTH OF 4/30/2018

| BANK NAME | | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | 1124291 # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 79,387.71 | | | | $79,387.71 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 24,695.08 | | | | $24,695.08 |
| ADJUSTED BANK BALANCE | $54,692.63 | $0.00 | $0.00 | $0.00 | $54,692.63 |
| BEGINNING CASH - PER BOOKS | 15,852.74 | | | | $15,852.74 |
| RECEIPTS* | 87,468.48 | | | | $87,468.48 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 48,628.59 | | | | $48,628.59 |
| ENDING CASH - PER BOOKS | $54,692.63 | $0.00 | $0.00 | $0.00 | $54,692.63 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: Crosswinds Houston Limited Partnership
CASE NUMBER: 18-31018

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Mar-18 | MONTH 4/30/2018 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Mar-18 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. Byron Parffrey - Examiner (Doc #44) | 5,995.00 | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $5,995.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*