2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 18-31017
Chapter 11

In re: Debtor(s) (including Name and Address)

S Chase Limited Partnership
7703 Seton Lake Drive
Houston TX 77086

Crosswinds Houston Limited Partnership
14810 Crosswinds Drive
Houston TX 77032

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/29/2018.

Name and Address of Alleged Transferor(s):

Claim No. : Acuity Electric Inc., 7814 Fulton St, Houston, TX 77022

Name and Address of Transferee:

Juniper Investment Group, Ltd.
c/o Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/31/18

**CLERK OF THE COURT**

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 18-31017-mi
S Chase Limited Partnership                                         Chapter 11
Crosswinds Houston Limited Partnership
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: dhan              Page 1 of 1                 Date Rcvd: May 29, 2018
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
10193879       +Acuity Electric Inc.,   7814 Fulton St,   Houston, TX 77022-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Brendetta Anthony Scott    on behalf of Plaintiff    S. Chase Limited Partnership, et al.
               scott@hooverslovacek.com,    phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,
               Scott.hsllp@gmail.com,seamster@hooverslovacek.com
              Bruce J. Ruzinsky    on behalf of Interested Party    Juniper Investment Group, Ltd.
               bruzinsky@jw.com,   ygalvin@jw.com;bhowell@jw.com
              Christine A March    on behalf of Examiner Bryon A Parffrey christine.a.march@usdoj.gov
              Christine A March    on behalf of U.S. Trustee    US Trustee christine.a.march@usdoj.gov
              David L Curry, Jr    on behalf of Interested Party    BCDR Investors, L.P. dcurry@okinadams.com,
               vgreen@okinadams.com
              Deirdre Carey Brown    on behalf of Debtor    W Point Limited Partnership brown@hooverslovacek.com,
               skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslova
               cek.com
              Deirdre Carey Brown    on behalf of Debtor    Crosswinds Houston Limited Partnership
               brown@hooverslovacek.com,
               skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslova
               cek.com
              Deirdre Carey Brown    on behalf of Debtor    S Chase Limited Partnership brown@hooverslovacek.com,
               skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslova
               cek.com
              Melissa Anne Haselden    on behalf of Debtor    S Chase Limited Partnership
               Haselden@hooverslovacek.com,    haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,
               phelan@hooverslovacek.com,seamster@hooverslovacek.com
              Melissa Anne Haselden    on behalf of Debtor    Crosswinds Houston Limited Partnership
               Haselden@hooverslovacek.com,    haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,
               phelan@hooverslovacek.com,seamster@hooverslovacek.com
              Melissa Anne Haselden    on behalf of Debtor    W Point Limited Partnership
               Haselden@hooverslovacek.com,    haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,
               phelan@hooverslovacek.com,seamster@hooverslovacek.com
              Ryan Anthony O'Connor    on behalf of Interested Party    BCDR Investors, L.P.
               roconnor@okinadams.com
              Ryan Anthony O'Connor    on behalf of Attorney Ryan A. O'Connor roconnor@okinadams.com
              Sean B Davis    on behalf of Creditor    RSS CGCMT2014GC23-TX SCLP, LLC sbdavis@winstead.com,
               mmingo@winstead.com
              Sean B Davis    on behalf of Creditor    RSS WFRCS2014C24-TX CHLP, LLC sbdavis@winstead.com,
               mmingo@winstead.com
              Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                              TOTAL: 17